# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Alliant Techsystems, Inc. | ) | ASBCA No. 58949 |
| | ) | |
| Under Contract No. W3194Q-09-C-0551 | ) | |

APPEARANCES FOR THE APPELLANT:     Donald G. Featherstun, Esq.
                                   Daniel P. Wierzba, Esq.
                                     Seyfarth Shaw LLP
                                     San Francisco, CA

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
                                     Army Chief Trial Attorney
                                   Kyle E. Chadwick, Esq.
                                   MAJ Nancy J. Lewis, JA
                                     Trial Attorneys

## ORDER OF DISMISSAL

The dispute which is the subject of this appeal having been settled, the appeal is hereby dismissed with prejudice.

Dated: 16 December 2015

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58949, Appeal of Alliant Techsystems, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals